AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



### SUMMONS IN A CIVIL CASE

MYSHIYA CARPENTER

V.

17400 S. KEDZIE AVE LLC d/b/a
WATERFORD ESTATES

CASE NUMBER: 1:23-cv-11414

ASSIGNED JUDGE: Hon. Mary M. Rowland

DESIGNATED
MAGISTRATE JUDGE: Hon. Keri L. Holleb Hotaling

TO: (Name and address of Defendant)

17400 S. KEDZIE AVE LLC
d/b/a WATERFORD ESTATES
c/o REGISTERED AGENT
ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard*

(By) DEPUTY CLERK



September 21, 2023

DATE

ClientCaseID: 71834  CaseReturnDate: 9/22/23

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **1:23-CV-11414**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT 17400 S. KEDZIE AVE, LLC.
PERSON SERVED TONYA PURNELL, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 9/22/23

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

Sex FEMALE  Race WHITE  Age 53  Height 5'3"  Build 130#  Hair GRAY

LOCATION OF SERVICE  **801 ADLAI STEVENSON DR. SPRINGFIELD, IL, 62703**

Date Of Service 9/22/23  Time of Service 12:08 PM

JOHN PENNELL  9/22/2023
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.